IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**JOHN PATRICK BRENNAN,**

    **Plaintiff,**

**v.**                                           **No. 12-cv-0087 SMV**

**MICHAEL J. ASTRUE, Commissioner**
**of the Social Security Administration,**

    **Defendant.**

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
### TO SEAL ADMINISTRATIVE RECORD

THIS MATTER having come before the Court upon Defendant's Unopposed Motion to Seal Administrative Record [Doc. 13], it being stated that Plaintiff concurs in the granting of the motion, the Court, having read the motion and being fully advised in the premises, finds that there is good cause for granting the motion.

IT IS THEREFORE ORDERED that the administrative record lodged by Defendant in the above-referenced case shall be permanently sealed. Access to the administrative record shall be limited to the Court and the case participants only.

                                                              _____
                                                              STEPHAN M. VIDMAR
                                                              United States Magistrate Judge

SUBMITTED AND APPROVED BY:

_Electronically submitted on 4/18/12_
MANUEL LUCERO
Assistant United States Attorney
Attorney for Defendant


_Electronic Approval Received 4/17/12_
FRANCESCA MacDOWELL
Attorney for Plaintiff