## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**JOHN PATRICK BRENNAN,**

     **Plaintiff,**

**v.**                                                                                    **No. 12-cv-0087 SMV**

**MICHAEL J. ASTRUE,**
**Commissioner of the Social Security Administration,**

     **Defendant.**

### ORDER SETTING BRIEFING SCHEDULE

THIS MATTER is before the Court for scheduling, and IT IS HEREBY ORDERED that:

(1)     Plaintiff shall file a Motion to Reverse or Remand Administrative Agency with Supporting Memorandum no later than **Wednesday, June 13, 2012**;

(2)     Defendant shall file a Response no later than **Wednesday, August 8, 2012**;

(3)     Plaintiff may file a Reply no later than **Wednesday, September 5, 2012**;

(4)     All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5)     All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court.  If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**