IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN PATRICK BRENNAN,

    Plaintiff,

v.   No. 12-cv-0087 SMV

CAROLYN COLVIN,[1]
Acting Comm'r of SSA,

    Defendant.

## JUDGMENT

Having denied Plaintiff's Motion to Reverse and Remand for a Rehearing [Doc. 21] by a Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendant and that this matter is dismissed with prejudice.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**

---

[1] On February 14, 2013, Carolyn Colvin became the Acting Commissioner of Social Security and will, therefore, be substituted for Commissioner Michael J. Astrue as Defendant in this action. *See* Fed. R. Civ. P. 25(d)(1) (permitting such substitutions).